UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:25-cr-142-MMH-PDB
    18 U.S.C. § 2423(a)

CHRISTOPHER ALLEN HAWKINS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Transportation of a Minor to Engage in Unlawful Sexual Activity)

From on or about May 24, 2025, through on or about May 30, 2025, in the Middle District of Florida and elsewhere, the defendant,

CHRISTOPHER ALLEN HAWKINS,

knowingly transported Minor Victim 1, who had not attained the age of 18 years of age, in interstate commerce, from the State of North Carolina to the State of Florida, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense under Sections 800.04(4)(a)(1) and 800.04(4)(b), Florida Statutes.

In violation of 18 U.S.C. § 2423(a).

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2428.

2. Upon conviction of a violation of 18 U.S.C. § 2423(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

    a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

    b. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3. The property to be forfeited includes, but is not limited to, the following: one TCL/Android cellular telephone and one Samsung Galaxy cellular telephone seized by law enforcement on or about May 30, 2025.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL.

GREGORY W. KEHOE
United States Attorney

By: _____
ASHLEY WASHINGTON
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
7/8/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER ALLEN HAWKINS

INDICTMENT

Violations: 18 U.S.C. § 2423(a)

A true bill,

_____
Foreperson

Filed in open court this 9th day of July, 2025.

_____
Clerk

Bail   $_____

GPO 863 525